UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MCCULLOM,<br><br>    Plaintiff,<br><br>    v.<br><br>JHON KEEN,<br><br>    Defendant. | Case No. 21-01172 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

        Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against Chief Probation Officer "Jhon Keen" of the San Mateo County Probation Department. Dkt. No. 1. On June 28, 2021, the Court dismissed the complaint with leave to amend, to correct various deficiencies. Dkt. No. 7. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim without further notice to Plaintiff. *Id.* at 5.

        The deadline, July 26, 2021, has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim. The Clerk shall terminate all pending motions and

close the file.

**IT IS SO ORDERED.**

Dated: _September 7, 2021___

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\01172McCullom_dis-compl.

2