# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MCCULLOM, | Case No. 21-01172 BLF (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JHON KEEN, | |
| Defendant. | |

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _September 7, 2021___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\01172McCullom_judgment